IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LETICIA SANDERS**                                                                                           **PLAINTIFF**

V.                             4:13CV00312 JMM

**ARKANSAS STATE TROOPERS**
**HEADQUARTERS**                                                         **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this date, the Complaint is DISMISSED without prejudice.

IT IS SO ORDERED this 24th day of June, 2013.

_____
James M. Moody
United States District Judge